**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| RUMALDO ERNESTO RAMOS-LOPEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. 1:26-cv-01175-PX |
| PAMELA BONDI *et al.*, | * | |
| Defendants. | * | |

\*\*\*

## <u>ORDER GRANTING PRELIMINARY INJUNCTION</u>

For the reasons explained in the accompanying Memorandum Opinion, it is this 17th day of June 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Government's Motion to Transfer at ECF No. 18 is **DENIED**;

2. Plaintiff Rumaldo Ernesto Ramos-Lopez's Motion for a Preliminary Injunction at ECF No. 3 is **GRANTED** as follows:

    a. Within **fourteen (14) days** from the issuance of this Order, Respondents shall facilitate Plaintiff Ramos-Lopez's return to the United States;

    b. Upon his return to the United States, Ramos-Lopez shall be restored to the *status quo ante*, to include all the rights and benefits afforded to him by his Special Immigrant Juvenile Status, deferred action, and employment authorization;

3. Within **fourteen (14) days** of issuance of this Order, the parties shall file a Joint Status Report regarding whether Ramos-Lopez has returned to the United States; and

4. The Government is hereby enjoined from rearresting, redetaining, or otherwise imposing restrictions on the Ramos-Lopez' liberty, that were not already in place prior to his arrest on February 2, 2026, without due process.

5. The Government **SHALL** immediately transmit this Order to all persons within its respective Offices, Departments, and Agencies responsible for complying with the Court's directive.

6. The Clerk is **DIRECTED**, pursuant to Federal Rule of Civil Procedure 25(d), to replace former U.S. Attorney General, Pamela Bondi, with current U.S. Attorney General Todd Blanche; former DHS Secretary, Kristi Noem, with current Secretary, Markwayne Mullin; and former Acting Director of ICE, Todd L. Lyons, with current Acting Director, David Venturella.

Date: June 17, 2026

/s/
_____
Paula Xinis
United States District Judge