**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RUMALDO ERNESTO RAMOS-LOPEZ,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. 1:26-cv-01175-PX** |
| **PAMELA BONDI, et al.,** | * | |
| **Defendants.** | | |

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

Petitioner and Respondents, by and through their undersigned counsel and pursuant to the Court's June 17, 2026 Order (ECF 31), respectfully present the following joint status report.

1. Petitioner is not yet back in the United States. However, significant progress has been made in facilitating his return.

2. On June 23, 2026, Petitioner's Counsel was contacted by an ICE-ERO Officer from the Philadelphia Field Office, indicating that he was working on facilitating the return of Petitioner to the United States and that a U.S. Consular Officer would contact Petitioner directly with instructions.

3. On June 30, 2026 Petitioner was contacted by a representative of the U.S. Embassy in Guatemala notifying him that he has been issued a travel document (presumably Significant Benefit Parole) that is valid from June 30, 2026 to July 20, 2026. He was instructed to purchase a ticket on a commercial airline for a flight from Guatemala City, Guatemala to Washington-Dulles Airport.

4. Petitioner has purchased his ticket and will fly out of Guatemala on July 4, 2026, landing at Dulles at 2:15 a.m. on Sunday, July 5, 2026.

5. In all respects, the parties have worked diligently and cooperatively to fulfill the requirements of the Preliminary Injunction.

6. The parties shall file a Joint Status Report on or before July 7, 2026 indicating whether Petitioner has returned to the United States.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By: Beatrice C. Thomas (by Permission)
Beatrice C. Thomas (Bar No. 21969)
Assistant U.S. Attorney
Ivory L. Macklin
Special Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Telephone: 410-209-4800
beatrice.thomas@usdoj.gov
ivory.macklin@usdoj.gov

*Counsel for Defendants*

/s/ Roberto N. Allen
Roberto N. Allen, Esq. (Bar No. 25110)
Margaret M. Witherup, Esq. (Bar No. 23730)
Witherup Allen Law
3915 National Drive, Suite 320
Burtonsville, MD 20866
Tel.: (301) 861-0202
Fax.: (301) 861-4354
Email: rallen@witherupallenlaw.com
mwitherup@witherupallenlaw.com

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, the forgoing Joint Status Report was filed electronically via the Court's CM/ECF system and thereby served on counsel of record in this case.

/s/ Roberto N. Allen
Roberto N. Allen