**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**RUMALDO ERNESTO RAMOS-LOPEZ,** *

**Plaintiff,** *

**v.** * **Case No. 1:26-cv-01175-PX**

**PAMELA BONDI, et al.,** *

**Defendants.** *

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

Petitioner and Respondents, by and through their undersigned counsel and pursuant to the Court's June 17, 2026 Order (ECF 31), respectfully present the following joint status report.

1. Petitioner returned to the United States on July 4, 2026 after having been granted parole. His commercial flight from Guatemala to Washington-Dulles airport arrived in the early morning hours on Sunday July 5, 2026. He was picked up by his undersigned counsel and taken home to his family in Glen Burnie, Maryland. He is happy to be back home and very grateful to have this opportunity to continue on his journey to Legal Permanent Residency based on his approved SIJS.

2. In all respects, the parties worked diligently and cooperatively to fulfill the requirements of the Preliminary Injunction.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By: /s/ Beatrice C. Thomas (by permission)
Beatrice C. Thomas (Bar No. 21969)
Assistant U.S. Attorney
Ivory L. Macklin
Special Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Telephone: 410-209-4800
beatrice.thomas@usdoj.gov
ivory.macklin@usdoj.gov
*Counsel for Defendants*

/s/ Roberto N. Allen
Roberto N. Allen, Esq. (Bar No. 25110)
Margaret M. Witherup, Esq. (Bar No. 23730)
Witherup Allen Law
3915 National Drive, Suite 320
Burtonsville, MD 20866
Tel.: (301) 861-0202
Fax.: (301) 861-4354
Email: rallen@witherupallenlaw.com
mwitherup@witherupallenlaw.com

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, the forgoing Joint Status Report was filed electronically via the Court's CM/ECF system and thereby served on counsel of record in this case.

/s/ Roberto N. Allen
Roberto N. Allen